1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10   RAMON A. ANGULO, JR.,                    )     No. CV 10-333-AG (AGR)
                                              )
11                    Plaintiff,              )
                                              )     ORDER ACCEPTING FINDINGS AND
12      v.                                    )     RECOMMENDATION OF UNITED
                                              )     STATES MAGISTRATE JUDGE
13   MICHAEL J. ASTRUE, Commissioner )
     Social Security,                         )
14                                            )
                      Defendant(s).           )
15   _____)

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

17   file, and the Report and Recommendation of the United States Magistrate Judge.

18   Further, the Court has engaged in a *de novo* review of those portions of the Report to

19   which Plaintiff has objected.  The Court accepts the findings and recommendation of

20   the Magistrate Judge.

21         IT IS ORDERED that Judgment be entered for the defendant, the

22   Commissioner of Social Security Administration.

23

24   DATED: March 25, 2012          _____

25                                      ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE

26

27

28