1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11   RAMON A. ANGULO, JR.,                  )   CASE NO. CV 10-333-AG (AGR)
                                            )
12                   Plaintiff,             )
                                            )   **JUDGMENT**
13           vs.                            )
                                            )
14   MICHAEL J. ASTRUE, Commissioner of     )
     Social Security Administration,        )
15                                          )
                     Defendant.             )
16   ───────────────────────────────────   )

17        In accordance with the Order Accepting Findings and Recommendation of Untied

18   States Magistrate Judge filed concurrently herewith,

19        IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the

20   Commissioner of Social Security Administration.

21
22   DATED: March 25, 2012                  _____
23                                                  ANDREW J. GUILFORD
                                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28